UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                          Chapter 11

**ROBERT LITWIN,**                                              Case No. 14-12933 (REG)

                                    Debtor.
-----------------------------------------------------------X

### ORDER DECLARING AUTOMATIC STAY EFFECTIVE
### AS TO ALL CREDITORS AND STAYING FORECLOSURE
### SALE SCHEDULED BY AHM ADVISORS, LLC

**UPON** the motion of Robert Litwin, the debtor and debtor in possession (the "Debtor")

in the above-referenced chapter 11 case for entry of an order Debtor's Motion Pursuant to 11

U.S.C. Section 362(c)(3))C)(4)(B) Reimposing The Automatic Stay As To All Creditors And

Staying The Foreclosure Sale Scheduled By AHM Advisors, LLC Pending The Outcome Of

Such Hearing, dated October 21, 2014 [ECF Doc No. 4] (the "Motion"); and the Court having

determined it has subject matter jurisdiction to consider the relief requested therein pursuant to

28 U.S.C. § 1334 and the Standing Order of Reference Re: Title 11, dated January 31, 2012

(Preska, C.J.); and the Court having determined that the relief requested constitutes a core

proceeding under 28 U.S.C. § 157(b); and the Court having determined that venue is proper in

this district pursuant to 28 U.S.C. §§ 1408 and 1409, and that notice of the Motion having been

in accordance with the direction of the Court and that same constitutes good and sufficient notice

of the Motion and that no further notice is required; and the Court having held a hearing on

October 21, 2014 (the "Hearing") wherein it determined that the relief requested in the Motion is

in the best interests of the Debtor and its estate and creditors; and the Court having heard and

considered the arguments of counsel; and the Court having determined that the Debtor has

established sufficient cause for the relief sought in the Motion and granted herein; and upon all

of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS NOW, ON MOTION OF THE DEBTOR :**

**ORDERED** that the Foreclosure Sale, as defined in the Motion, is hereby stayed in all respects pending further order of this Court, and AHM Advisors, LLC ("AHM") is stayed from proceeding with the Foreclosure Sale; and it is further

**ORDERED** that counsel for AHM is authorized to adjourn the Foreclosure Sale from time to time and to give or publish notice of such adjournment(s) as reasonably necessary or appropriate, and shall provide notice of any such adjournment to the Debtor and his counsel, and it is further

**ORDERED** that the automatic stay provided for in 11 U.S.C. Section 362(a) be and the same hereby is determined to be in effect pursuant to 11 U.S.C. Section 362(c)(3)(C)(4)(B) as to all creditors of the Debtor; and it is further

**ORDERED** that the relief granted herein is without prejudice to the rights of AHM to seek relief from the automatic stay on notice for appropriate cause, and without prejudice to the rights of the Debtor to assert any defenses or claims in opposition to any such motion; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this order.


Dated: New York, New York
      October 23, 2014

                              *s/ Robert E. Gerber*
                              Honorable Robert E. Gerber
                              United States Bankruptcy Judge