LAW OFFICES OF SCOTT A. STEINBERG
*Attorney for the Debtor*
626 RXR Plaza, West Tower
Uniondale, New York 11556
(516) 522-2566
Scott A. Steinberg, Esq.
ssteinberg@saslawfirm.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

ROBERT LITWIN,   Chapter 11
   Case No. 14-12933 (REG)
   Debtor.
-------------------------------------------------------------X

STATE OF NEW YORK    )
        ) ss.:   **AFFIDAVIT OF SERVICE**
COUNTY OF NASSAU    )

Scott A. Steinberg, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and reside in Long Beach, New York.

On the 11th day of December, 2014, I served the (i) Notice Of Presentment Of Order Authorizing And Approving Retention Of The Law Offices Of Scott A. Steinberg As Attorneys For The Debtor And Debtor In Possession Nunc Pro Tunc As Of October 21, 2014, via first class mail by depositing a true copy thereof properly addressed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the persons listed on the service list annexed hereto, at the last known address set forth after each name.

_____
Scott A. Steinberg

Sworn to before me this
12th day of December, 2014

_____
Notary Public

DAVID J. ABESHOUSE
NOTARY PUBLIC, State of New York
No. 02AB4796878
Qualified in Nassau County
Commission Expires Dec. 31, 20 17

## SERVICE LIST

AHM Advisors LLC
515 East Las Olas Blvd.
Suite 400
Fort Lauderdale, FL  33301

Capital One Bank
1680 Capital One Drive
McLean, VA 22102

FIA Card Services, NA
655 Papermill Road
Newark, DE 19711

OTL Enterprises, LLC
58 Thomas Street
New York, NY 10013

Office of the United States Trustee
201 Varick Street
Suite 106
New York, NY 10014

Lewis W. Siegel, Esq.
630 Third Avenue, 7th Floor
New York, NY 10017

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

Chase Bank
P.O. Box 14153
Wilmington, DE 19886-5153

Citi Platinum Select Card
P.O. Box 183113
Columbus, OH 43218-3113

Environmental Control Board
3030 Third Avenue
Bronx, NY 10455

Kain Realty
37 West 84th Street
New York, NY 10024

Mieczylaw Kwapich
100 West 106th Street
New York, NY 10025