LAW OFFICES OF SCOTT A. STEINBERG
*Attorney for the Debtor*
626 RXR Plaza, West Tower
Uniondale, New York 11556
(516) 522-2566
Scott A. Steinberg, Esq.
ssteinberg@saslawfirm.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:

ROBERT LITWIN,

                    Debtor.

----------------------------------------------------------------X

Chapter 11
Case No. 14-12933 (REG)

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NASSAU    )

      Scott A. Steinberg, being duly sworn deposes and says:

      I am not a party to the action, am over 18 years of age and reside in Long Beach, New York.

      On the 22nd day of December, 2014, I served the (i) Notice Of Deadline Requiring Filing Of Proofs Of Claim On Or Before February 13, 2015 At 5:00 P.M. (EST), and (ii) Official Proof Of Claim Form, via first class mail by depositing true copies thereof properly addressed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the persons listed on the service list annexed hereto, at the last known address set forth after each name.

                                                            _____
                                                            Scott A. Steinberg

Sworn to before me this
23rd day of December, 2014

_____
Notary Public

MARIA ELLENA MAIETTI
Notary Public, Sate of New York
No. 01MA4743546
Qualified in Nassau County
Commission Expires 10-31-20__

## BAR DATE SERVICE LIST

AHM Advisors LLC
515 East Las Olas Blvd.
Suite 400
Fort Lauderdale, FL  33301

Capital One Bank
1680 Capital One Drive
McLean, VA 22102

FIA Card Services, NA
655 Papermill Road
Newark, DE 19711

OTL Enterprises, LLC
58 Thomas Street
New York, NY 10013

Office of the United States Trustee
201 Varick Street
Suite 1006
New York, NY 10014

Lewis W. Siegel, Esq.
630 Third Avenue, 7th Floor
New York, NY 10017

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

Chase Bank
P.O. Box 14153
Wilmington, DE 19886-5153

Citi Platinum Select Card
P.O. Box 183113
Columbus, OH 43218-3113

Environmental Control Board
3030 Third Avenue
Bronx, NY 10455

Kain Realty
37 West 84th Street
New York, NY 10024

Mieczylaw Kwapich
100 West 106th Street
New York, NY 10025

Discover Bank
DB Servicing Corp.
P.O. Box 3025
New Albany, OH 43054-3025

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Administrative Trials and Hearings
66 John Street, 10th Floor
New York, NY 10038

New York City Dept. of Finance
345 Adams Street, 3rd Floor
Attn: Legal Affairs
Brooklyn, NY 11201

New York State Dept. of Taxation & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 11205-0300