UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

    **ROBERT LITWIN,**　　　　　　　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 14-12933 (REG)

                                  Debtor.
-----------------------------------------------------------------X

## ORDER AUTHORIZING AND APPROVING RETENTION
## OF THE LAW OFFICES OF SCOTT A. STEINBERG
## AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION
## *NUNC PRO TUNC* AS OF THE FILING DATE

    **UPON** the application of Robert Litwin, the above-captioned debtor and debtor-in possession (the "Debtor"), requesting authority to employ and appoint the Law Offices Of Scott A. Steinberg (the "Firm") as attorney for the Debtor herein (the "Application"), and upon the affidavit of Scott A. Steinberg, Esq., and the Court being satisfied that the Firm represents no interest adverse to the Debtor or its estate, is a disinterested person within the meaning of §101(14) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and that its employment is necessary and would be in the best interest of the estate, it is hereby

    **ORDERED,** that the Application is granted as set forth herein; and it is further

    **ORDERED,** that pursuant to §327(a) of the Bankruptcy Code, the Debtor is authorized to retain the Firm as its attorneys in this case, *nunc pro tunc* to October 21, 2014; and it is further

    **ORDERED,** that the compensation and reimbursement of expenses of the Firm shall be sought upon, and paid only upon, an order granting a proper application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules and fee and expense guidelines of this Court, and the guidelines promulgated by the Office of the United States Trustee; and it is further

1

**ORDERED**, that the Firm shall apply any remaining amounts of its prepetition retainer as a credit toward post-petition fees and expenses, after such post-petition fees and expenses are approved pursuant to the first Order of the Court awarding fees and expenses to the Firm; and it is further

**ORDERED** that in the event that the Firm's hourly rates should change, the Firm shall notify the Court, and the Office of the United States Trustee in writing, and file a supplemental affidavit providing justification with respect to any such rate changes; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

**ORDERED** that if there is any inconsistency between the terms of this Order, the Application, and the Affidavit of Scott A. Steinberg in support of the Application; the terms of this Order shall govern.


Dated: New York, New York
       January 7, 2015

                                              *s/ Robert E. Gerber*
                                              Honorable Robert E. Gerber
                                              United States Bankruptcy Judge


NO OBJECTION:
OFFICE OF THE U.S. TRUSTEE


By: */s/ Michael Driscoll*
       Michael Driscoll

Dated: 12/11/14