**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
**In re:**

                                          **Chapter 11 Case**

**ROBERT LITWIN,**                         **Case No. 14-12933 (REG)**

                 **Debtor.**
-------------------------------------------------------------X

## NOTICE OF HEARING

**PLEASE TAKE NOTICE**, a hearing will be held on April 14, 2015 at 9:45 a.m. (the "Hearing") before the Honorable Robert E. Gerber, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 (a) to consider the annexed application ("Application") of AHM Advisors LLC ("Proponent") in the Chapter 11 Case of Robert Litwin (the "Debtor") for the entry of an order substantially in the form annexed hereto, approving the Proponent's Disclosure Statement Dated March 3, 2015 (the "Disclosure Statement") under Section 1125 of the Bankruptcy Code and approving the sale procedures annexed as Exhibit "A" to the Plan of Reorganization Dated March 3, 2015 (the "Plan") pursuant to section 1123 and 363 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE**, that the Disclosure Statement and the Plan were filed with the Clerk of the Bankruptcy Court on March 3, 2015 [Docket #29 and #28] and may be obtained through the Bankruptcy Court's ECF/PACER electronic filing system, or upon request to the undersigned.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, must be in writing, served upon the undersigned proposed Proponent's counsel, and filed with the Clerk of the Bankruptcy Court, with a courtesy copy to the Judge Gerber's chambers, so as to be received

at least seven (7) days prior to the Hearing date.

Dated:	New York, New York
	March 3, 2015

>	Lewis W. Siegel
>	Attorney for Proponent AHM Advisors LLC
>
>	/s/ Lewis W. Siegel
>	_____
>	Lewis W. Siegel
>
>	630 Third Avenue - 7th Floor
>	New York, NY 10017
>	(212) 286-0010)