**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.**
875 Third Avenue
New York, New York 10022
Telephone No.: 212-603-6300
**A Mitchell Greene**
*Attorneys for 129 West 112th Street LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:

**ROBERT LITWIN,**

                      Debtor.

-----------------------------------------------------------X

Chapter 11 Case
Case No.: 14-12933 (REG)
**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                              ss.:
COUNTY OF NEW YORK  )

       **TINA FOGEL**, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in New York, N.Y.

2. On the 7th **day of April, 2015,** I served *OBJECTION OF 129 WEST 112 TH STREET LLC TO MOTION FOR ORDER APPROVING DISCLOSURE STATEMENT AND SALE PROCEDURES* via FIRST CLASS MAIL upon:

> *Lewis W. Siegel*
> *630 Third Avenue, 7th Floor*
> *New York, New York 10017*
>
> *Scott Steinberg, Esq.*
> *626 RXR Plaza*
> *Uniondale, NY 11556*
>
> *Office of the United States Trustee*
> *U.S. Federal Office Building*
> *201 Varick Street, Room 1006*
> *New York, New York 10014*
>
> *Leslie Ann Berkoff, Esq.*
> *Moritt Hock & Hamroff LLP*
> *400 Garden City Plaza*
> *Garden City, New York 11530*
>
> *Mark Frankel, Esq.*
> *Backenroth Frankel & Krinsky, LLP*
> *800 Third Avenue, 11th Floor*
> *New York, NY 10022*

{00723436.DOC;1 }

723436

by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

| | |
|---|---|
| Sworn to before me this<br>**7th** day of **April, 2015** | /s/TINA FOGEL<br>TINA FOGEL |

/s/ Robert M. Sasloff
**Notary Public, State of New York**
No. 02SA4966401
Qualified in Kings County
Commission Expires 5-7-2018

{00723436.DOC;1 }

723436