# MORRISON-TENENBAUM, PC
**87 Walker Street, Floor 2**
**New York, New York  10013**
**(212) 620-0938**
**(646) 390-5095 (fax)**

June 15, 2015

**VIA ECF**

Hon. Judge Robert E. Gerber
United States District Court
Southern District of New York
One Bowling Green
New York, New York  10004-1408

    Re:    *In re ROBERT LITWIN*
              Case No. 14-12933 (REG)

Dear Judge Gerber:

    I am counsel to the Debtor Robert Litwin. The Debtor had filed a motion seeking DIP financing with a hearing on shortened notice scheduled for tomorrow at 9:45 a.m.

    Surprisingly, the three largest creditors have filed objections to the motion. These three creditors comprise most of the indebtedness of the estate.

    While the Debtor disputes the contentions raised in the objections, it is clear that the motion cannot succeed with such overwhelming opposition and we therefore respectfully withdraw the motion.

    Kindly contact the undersigned should you have any questions

                                    Respectfully Submitted,

                                    /s/ Lawrence F. Morrison

                                  Lawrence F. Morrison

CC: All creditors and other interested parties
Via ECF